

4:24 CV 62

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

All Elite Wrestling
1 Tiaa Bankfield Pr.
Jacksonville, Florida 32202

9590 9402 7591 2098 5496 25

2. Article Number (Transfer from service label)
89 0710 5270 1040 1710 78

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x K Lanahan
☑ Agent
☐ Addressee

B. Received by (Printed Name)
K Lanahan
C. Date of Delivery
1/17/2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

JAN 17 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

JACKSONVILLE FL 320

2 L

9590 9402 7591 2098 5496 25

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
NDOH
125 Market St.
Youngstown, OH 44503

1503-178799