# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| ANTHONY DUANE WILSON, <br><br> Plaintiff, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, *et al.*, <br><br> Defendants. | Case No. 4:24-cv-00062 <br><br> Judge Benita Y. Pearson <br><br> Magistrate Judge Amanda M. Knapp |

## DEFENDANT WORLD WRESTLING ENTERTAINMENT INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant World Wrestling Entertainment, Inc. ("WWE") respectfully moves this Court for an additional thirty (30) days, up to and including March 7, 2024, to answer, move, or otherwise plead in response to the Complaint of Anthony Duane Wilson ("Wilson") pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure. WWE's response is currently due February 6, 2024.

WWE requests the extension to fully investigate the allegations made in the Complaint. Undersigned counsel was only recently retained to represent WWE on this matter and is still investigating the facts and circumstances surrounding the

allegations set forth in the Complaint. Undersigned counsel for WWE conferred with Plaintiff Anthony Duane Wilson, and Wilson consents to this request.

WWE has not previously sought an extension in this matter, and this extension will not delay or prejudice any party. In making this request, WWE does not waive any claim or defense including without limitation defenses pursuant to Fed. R. Civ. P. 12(b).

For the foregoing reasons, WWE respectfully requests a thirty (30) day extension of time to March 7, 2024, within which to plead or move in response to Wilson's Complaint.

Respectfully submitted,

 */s/ Justin A. Markota*
Justin A. Markota (0092182)
BETRAS, KOPP & MARKOTA, LLC
6630 Seville Drive
Canfield, Ohio 44406
Tel. (330) 746-8484
Fax: (330) 702-8280
jmarkota@bkmlaws.com

Laura L. Pitts (*pro hac vice* forthcoming)
James T. Wilcox (*pro hac vice* forthcoming)
BUCHANAN INGERSOLL &
ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314
Tel. (703) 836-6620
Fax: (703) 836-2021

2

>laura.pitts@bipc.com
>james.wilcox@bipc.com
>
>*Attorneys for Defendant,*
>*WORLD WRESTLING ENTERTAINMENT,*
>*INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed and served electronically this 31st day of January 2024 upon attorneys who have completed the ECF registration as required by the Court. Pursuant to Fed. R. Civ. P. 5(b)(2), service was also made via regular mail to the following individual:

Anthony Duane Wilson
6862 State Route 7
Kinsman, Ohio 44428

>*/s/ Justin A. Markota*
>Justin A. Markota (0092182)
>*Attorney for Defendant*