# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| ANTHONY DUANE WILSON, | |
| Plaintiff, | Civil Action No. 4:24-cv-062 |
| v. | Judge Benita Y. Pearson |
| WORLD WRESTLING ENTERTAINMENT, *et al.*, | Magistrate Judge Amanda M. Knapp |
| Defendants. | |

## DEFENDANT WORLD WRESTLING ENTERTAINMENT LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendant World Wrestling Entertainment, LLC ("WWE") moves to dismiss all claims in Plaintiff's Amended Complaint, with prejudice, based on lack of personal jurisdiction and Plaintiff's failure to state a claim upon which he is entitled to relief.

A memorandum in support of this Motion is attached.

DATE: May 3, 2024

Respectfully submitted,

*/s/ Justin A. Markota*
Justin A. Markota (0092182)
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center, 10th Floor
Cleveland, Ohio 44114

Tel. (234) 200-0887
Fax: (216) 623-0134
jmarkota@ralaw.com

Laura L. Pitts (*pro hac vice* forthcoming)
James T. Wilcox (*pro hac vice* forthcoming)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314
Tel. (703) 836-6620
Fax: (703) 836-2021
laura.pitts@bipc.com
james.wilcox@bipc.com

*Attorneys for Defendant WORLD WRESTLING ENTERTAINMENT, LLC.*

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2024, I filed the foregoing electronically. All parties will receive notice of this filing through the Court's electronic filing system and may access this filing through the Court's system. Pursuant to Fed. R. Civ. P. 5(b)(2), a copy of the foregoing will also be served upon Plaintiff via electronic and regular U.S. mail at:

Anthony Duane Wilson
6862 State Route 7
Kinsman, Ohio 44428

Anthony Duane Wilson
Inmate I.D. #213463
150 High Street NW
Warren, Ohio 44481

      */s/ Justin A. Markota*
      Justin A. Markota (0092182)

      *Attorney for Defendant WORLD WRESTLING ENTERTAINMENT, LLC.*