# Attachment for Motion to Stay



Motion to stay until November 5th 2024. I am unable to follow and argue my case, nor am I able to continue legal research at this time and believe, from my legal research, that it is within the 8 month max time frame that a continuance would grant me. If the court would schedule the first hearing after this date so we can get to discovery or pause the proceedings so I may properly and timely respond to motions from the defendants whom are very desperate to keep this from continuing into discovery.

Anthony D Wilson

Case # 4:24CV00062