CLEVELAND OH 440

21 JUN 2024 PM 8 L



Thomas D. Lambros Federal Building
and US Courthouse
125 Market st. Youngstown, OH 44503

FW: Clerks office

44503-178087