PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DUANE WILSON, ) | |
| ) | CASE NO. 4:24-CV-00062 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| WORLD WRESTLING ) | |
| ENTERTAINMENT, *et al.*, ) | |
| ) | **ORDER OF DISMISSAL** |
| Defendants. ) | |

Having filed its Memorandum of Opinion and Order, the Court hereby dismisses the Amended Complaint (ECF No. 15) against WWE without prejudice.  The Amended Complaint is dismissed against AEW with prejudice.

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

| | |
|---|---|
| October 22, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |